# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133929 & (17)(18)

In re:

The Honorable BEVERLEY NETTLES-NICKERSON,
Judge, 30th Circuit Court

SC: 133929
JTC: Formal Complaint
No. 81

_____/

On order of the Court, the respondent's motions to adjourn oral argument date and to expand the page limit are considered. The Court having considered the representation of the Judicial Tenure Commission that it will file its brief no later than June 3, 2008, the motion to adjourn oral argument is DENIED. The motion to expand the page limit is GRANTED, and the Commission is also granted the privilege of filing a brief of up to 75 pages in length.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2008

_Corbin R. Davis_

Clerk

t0507